

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY RODRIGUEZ,<br><br>    Defendant. | Case No. 2:20-cr-00086-MWF<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *multiple prior violations of supervision, history of drug abuse, history of failures to appear for drug testing while on supervision, nature of current allegations, including absconding from treatment facility, criminal history*

1     and

2

3 B. ( X ) The defendant has not met defendant's burden of establishing by clear and
4 convincing evidence that he is not likely to pose a danger to the safety of any other
5 person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is
6 based on: *multiple prior violations of supervision, history of drug abuse, history of*
7 *failures to appear for drug testing while on supervision, nature of current allegations,*
8 *including absconding from treatment facility, criminal history*

9

10     IT THEREFORE IS ORDERED that the defendant be detained pending further
11 revocation proceedings.

12

13 Dated: 7-19-20

14

15

16                                         JOHN D. EARLY
17                                         United States Magistrate Judge